## 2013 WY 110

**BOARD OF PROFESSIONAL RESPONSIBILITY, WYOMING STATE BAR, Petitioner,**

v.

**Nana Y. BOACHIE–YIADOM, WSB # 6–3502, Respondent.**

No. D–13–0006.

Supreme Court of Wyoming.

Sept. 18, 2013.

### ORDER OF PUBLIC CENSURE

MARILYN S. KITE, Chief Justice.

[¶ 1]  **This matter** came before the Court upon a "Report and Recommendation for Public Censure," filed herein August 14, 2013, by the Board of Professional Responsibility for the Wyoming State Bar. The Court, after a careful review of the Board of Professional Responsibility's Report and Recommendation and the file, finds that the Report and Recommendation should be approved, confirmed and adopted by the Court, and

---

\* Justice Burke took no part in the consideration of    this matter.

that Respondent Nana Y. Boachie–Yiadom should be publicly censured for his conduct, which is described in the attached Report and Recommendation. It is, therefore,

[¶ 2]  **ADJUDGED AND ORDERED** that the Board of Professional Responsibility's Report and Recommendation for Public Censure, which is attached hereto and incorporated herein, shall be, and the same hereby is, approved, confirmed, and adopted by this Court; and it is further

[¶ 3] **ADJUDGED AND ORDERED** that Nana Y. Boachie–Yiadom shall be publicly censured for his conduct, in a manner consistent with the censure contained in the attached Report and Recommendation for Public Censure; and it is further [¶ 4] **ORDERED** that, pursuant to Section 26 of the Disciplinary Code for the Wyoming State Bar, Respondent shall reimburse the Wyoming State Bar the amount of $50.00, representing some of the costs incurred in handling this matter, as well as pay the administrative fee of $500.00. Respondent shall pay the total amount of $550.00 to the Clerk of the Board of Professional Responsibility on or before October 31, 2013; and it is further

[¶ 4]  **ORDERED** that, pursuant to Section 26 of the Disciplinary Code for the Wyoming State Bar, Respondent shall reimburse the Wyoming State Bar the amount of $50.00, representing some of the costs incurred in handling this matter, as well as pay the administrative fee of $500.00. Respondent shall pay the total amount of $550.00 to the Clerk of the Board of Professional Responsibility on or before October 31, 2013; and it is further

[¶ 5]  **ORDERED** that the Clerk of this Court shall docket this Order of Public Censure, along with the incorporated Report and Recommendation for Public Censure, as a matter coming regularly before this Court as a public record; and it is further

[¶ 6]  **ORDERED** that, pursuant to Section 4 of the Disciplinary Code for the Wyoming State Bar, this Order of Public Censure, along with the incorporated Report and Recommendation for Public Censure, shall be published in the Wyoming Reporter and the Pacific Reporter; and it is further

[¶ 7]  **ORDERED** that the Clerk of this Court cause a copy of the Order of Public Censure to be served upon Respondent Nana Y. Boachie–Yiadom.

[¶ 8]  **DATED** this 18th day of September, 2013.